No. 73–849. TUNNELL v. UNITED STATES, 415 U. S. 948;

No. 73–1009. HAYDEN, STONE INC. ET AL. v. PIANTES ET AL., 415 U. S. 995;

No. 73–1154. WOLF v. WOLF, 415 U. S. 958;

No. 73–6118. KEIL v. GLOVER, AKA EDGAR, 415 U. S. 959; and

No. 73–6186. SMILGUS v. KIMMEL ET AL., 415 U. S. 993. Petitions for rehearing denied.

No. 72–637. KENNECOTT COPPER CORP. v. FEDERAL TRADE COMMISSION, *ante*, p. 909. Petition for rehearing denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

APRIL 25, 1974

No. A–986. HILL, ATTORNEY GENERAL OF TEXAS v. STONE ET AL. D. C. N. D. Tex. Application for partial stay, presented to MR. JUSTICE POWELL, and by him referred to the Court, granted. It is ordered that the judgment be stayed to the extent that it prohibits the use of dual-box election procedure. Stay order is to remain in effect pending timely filing and disposition of an appeal in this Court. If the appeal is timely filed, this stay shall remain in effect pending issuance of judgment of this Court. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

APRIL 29, 1974

No. 73–6430. BEKENY v. UNITED STATES. C. A. 2d Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.